FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626)653-0455

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. a California Corporation<br>     Plaintiff,<br>   vs.<br><br>IMELDA MAGANA individually and dba CHAVITAS RESTAURANT also dba TAQUERIA CHAVITAS, jointly and severally<br>     Defendant | 01-CV-10318-HLH (RZx)<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on June 26, 2002, against defendant, **IMELDA MAGANA individually and dba CHAVITAS RESTAURANT also dba TAQUERIA CHAVITAS, jointly and severally** is hereby renewed on the amounts set forth below:

**RENEWAL OF MONEY JUDGMENT**

|   |                                           |            |
|---|-------------------------------------------|-----------:|
| a. | Total judgment                           | $3,680.00  |
| b. | Costs after judgment                     | 0.00       |
| c. | Attorney fees                            | 0.00       |
| d. | Subtotal (add a thru c)                  | 3,680.00   |
| e. | Credits after Judgment                   | 0.00       |
| f. | Subtotal (substract e from d)            | 3,680.00   |
| g. | Interest after judgment                  | 914.45     |
| h. | Fee for filing renewal                   | 0.00       |
| i. | **Total renewed judgment**               | **4,594.45** |

DATED: 06/06/12            Clerk by  Lori Muraoka, Deputy Clerk
                                     U.S. District Court