FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626)653-0455

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. a California Corporation<br><br>       Plaintiff,<br><br>  vs.<br><br>IMELDA MAGANA individually and dba CHAVITAS RESTAURANT also dba TAQUERIA CHAVITAS, jointly and severally<br><br>       Defendant | 01-CV-10318-HLH (RZx)<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

    Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

    The default judgment entered on June 26, 2002, against defendant, **IMELDA MAGANA individually and dba CHAVITAS RESTAURANT also dba TAQUERIA CHAVITAS, jointly and severally** is hereby renewed on the amounts set forth below:

**RENEWAL OF MONEY JUDGMENT**

```
a. Total judgment                          $3,680.00
b. Costs after judgment                         0.00
c. Attorney fees                                0.00
d. Subtotal (add a thru c)                  3,680.00
e. Credits after Judgment                       0.00
f. Subtotal (substract e from d)            3,680.00
g. Interest after judgment                    914.45
h. Fee for filing renewal                       0.00
i. Total renewed judgment                   4,594.45
```

DATED: 06/06/12            Clerk by  Lori Muraoka, Deputy Clerk
                                     U.S. District Court