1  Calvin F. Love, Bar #307493
   LOVE LAW, PC
2  800 S. Barranca Ave., Ste. 100
3  Covina, CA 91723
   Ph: (626)653-0455
4  Fax (626)653-0465

5  Attorney for Creative Recovery Concepts, Inc.
6  Assignee of Judgment

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  ENTERTAINMENT BY J&J, INC.          CASE No. 01-CV-10318-HLH (RZx)

12  A CALIFORNIA CORPORATION

13                                       RENEWAL OF DEFAULT
14              Plaintiff                 JUDGMENT    BY CLERK

15  vs

16   IMELDA MAGANA individually and dba
17  CHAVITAS RESTAURANT also dba
    TAQUERIA CHAVITAS, jointly and severally
18
19             Defendants

20
        Based upon the Application for Renewal of Judgment of the renewed original judgment,
21
22  and pursuant to F.R.C.P. 69 (a) and C.C.P. 683.110 through 683.320 and good cause

23  appearing, therefore:

24     The default judgment entered on June 26, 2002 on behalf of Plaintiff, **ENTERTAINMENT**

25  **BY J&J, INC. a California Corporation,** which was then assigned by Plaintiff to Assignee of

26  Judgment, **CREATIVE RECOVERY CONCEPTS, INC.** and renewed on June 6, 2012 in favor

27  PAGE 1 of 2                    RENEWAL OF JUDGMENT
28                                 01-CV-10318 HLH (RZX)

of Assignee of Judgment, **CREATIVE RECOVERY CONCEPTS, INC.** and against defendant,

**IMELDA MAGANA individually and dba CHAVITAS RESTAURANT, also dba**

**TAQUERIA CHAVITAS, jointly and severally,** is hereby renewed in the following amounts:

**Renewal of money judgment**

|   |   |   |
|---|---|---|
| a. | Total Judgment as last renewed | $4,594.45 |
| b. | Costs after Judgment | 0.00 |
| c. | Attorney Fees | 0.00 |
| d. | Subtotal (add a and b) | 4,594.45 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal (subtract e from d) | 4,594.45 |
| g. | Interest after judgment | 1,143.26 |
| h. | Fee for filing renewal | 0.00 |
| i. | **TOTAL RENEWED JUDGMENT** | **5,737.71** |

**DATED:** _____May 31, 2022_____     **Clerk by** _Sharon Hall Brown_
                                                         Deputy

KIRY K. GRAY, Clerk of Court
U.S. DISTRICT COURT

PAGE 2 of 2                           RENEWAL OF JUDGMENT
                                      01-CV-10318 HLH (RZX)